UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HAKAN DURANTAS, individually and on behalf of all others similarly situated,

                                                    Case No. 1:23-cv-8274

                          Plaintiffs,

                                                **STIPULATION AND ORDER OF**
      -against-                                **DISMISSAL WITH PREJUDICE**

FOCAL POINT PLUMBING & HARDWARE, INC.

                          Defendant.
-----------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs. Each party will bear its own costs and fees.

Dated: February 28, 2024

New York, New York

| | |
|---|---|
| Mars Khaimov Law, PLLC | Zeicher, Ellman & Krause LLP |
| By: __/s/ *Mars Khaimov*__ | By: __/s/ *Yoav M. Griver*__ |
| Mars Khaimov, Esq. | Yoav M. Griver, Esq. |
| 100 Duffy Avenue, Suite 510 | 730 Third Avenue |
| Hicksville, New York 11801 | New York, New York 10017 |
| Tel.: 929.324.0717 (direct) | (212) 223-0400 |
| mars@khaimovlaw.com | ygriver@zeklaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED: _____